UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TERESA ANN BRACK, | § |
| | § |
| Petitioner, | § |
| VS. | §   CIVIL ACTION NO. H-05-1593 |
| | § |
| FBOP, | § |
| | § |
| Respondent. | § |

# **FINAL JUDGMENT**

For the reasons stated in the Court's Memorandum on Dismissal entered this date, this action is DISMISSED with prejudice.

SIGNED the 20th day of May, 2005.



David Hittner
United States District Judge